IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 3:11-cv-00637-SLC |
| | § | |
| ALICE.COM, INC., *et al*, | § | **JURY TRIAL REQUESTED** |
| | § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL OF
## MASON COMPANIES, INC. WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims of Plaintiff Select Retrieval, LLC against Mason Companies, Inc. in the above-captioned action are hereby dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs.

December 22, 2011                                           Respectfully submitted,

*/s/ Shane A. Brunner*
Shane A. Bruner
Merchant & Gould, PC
10 E. Doty Street, Suite 600
Madison, WI 53703
Telephone: (608) 280-6750
Facsimile: (612) 332-9081
sbrunner@merchantgould.com

**Attorneys for Defendant
Mason Companies, Inc.**

*/s/ Steven R. Daniels*
Steven R. Daniels
(*Admitted Pro Hac Vice*)
Texas State Bar No. 24025318
Farney Daniels LLP
800 S. Austin Ave., Suite 200
Georgetown, TX 78626
Telephone: (512) 582-2828
Facsimile: (512) 582-2829
E-mail: sdaniels@farneydaniels.com

**Attorneys for Plaintiff
Select Retrieval, LLC**