IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § § | |
| Plaintiff | § § | |
| v. | § § | Civil Action No. 3:11-cv-00637 |
| ALICE.COM, INC., *et al*, | § § | **JURY TRIAL REQUESTED** |
| Defendants. | § § | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
### OF ROCKLER RETAIL GROUP, INC. AND ROCKLER COMPANIES, INC.
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

Plaintiff Select Retrieval, LLC hereby files this notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Defendant Rockler Retail Group, Inc. and Rockler Companies, Inc. have not yet answered the complaint.  Accordingly, Select Retrieval, LLC voluntarily dismisses Rockler Retail Group, Inc. and Rockler Companies, Inc. with prejudice pursuant to Rule 41(a)(1).

Dated:  January 23, 2012

/s/ *Steven R. Daniels*
Steven R. Daniels
(Admitted *Pro Hac Vice*)
Farney Daniels LLP
800 S. Austin Avenue, Suite 200
Georgetown, Texas 78626
Telephone: (512) 582-2820
Facsimile: (512) 582-2829
sdaniels@farneydaniels.com

AND

Michael J. Modl (Bar. No. 1011419)
Axley Brynelson, LLP
2 East Mifflin, Suite 200
Madison WI 53703
(608) 257-5661 (Office)
(608) 257-5444 (fax)

**Attorneys for Plaintiff
Select Retrieval, LLC**